**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| _____ | | |
| **LAKESHA GOODWIN** | ) | **CIVIL ACTION NO. 3:12-CV-807-VLB** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CAPITAL ONE BANK (USA) N.A.** | ) | |
| **Defendant.** | ) | |
| _____) | ) | **SEPTEMBER 7, 2012** |

<u>**NOTICE OF DISMISSAL**</u>

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Lakesha

Goodwin, through her attorney, hereby gives notice that the claims of the above-

entitled action shall be dismissed with prejudice, and without costs or attorney's

fees.

**PLAINTIFF, LAKESHA GOODWIN**


By:   /s/Daniel S. Blinn_____
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457

2

## CERTIFICATION

I hereby certify that on this 7th day of September, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn

2